**Fill in this information to identify your case and this filing:**

Debtor 1 _Rita        A.        Schroeder_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _Eastern_ District of _CA._
{State}

Case number _16-21399-A-13J_

ORIGINAL FILED

MAR 2 1 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☐ **Check if this is an amended filing**

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1** _6332 Puerto Drive_
Street address, if available, or other description

_Rancho Murieta CA._
City        State        ZIP Code
_95683_

_Sacramento_
County

If you own or have more than one, list here: _NO_

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $200,000.00

**Current value of the portion you own?** $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. _Fee_

☐ **Check if this is community property** (see instructions)

**1.2** _____
Street address, if available, or other description

_____
City        State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $_____

**Current value of the portion you own?** $_____

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. _____

☐ **Check if this is community property** (see instructions)

**1.3.** _____
Street address, if available, or other description

_____

_____
City                    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ...................................................→   $_____

---

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** (Cars,) vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
☐ Yes

**3.1.** Make: Mercedes Benz
Model: S430
Year: 2000
Approximate mileage: 130,000
Other information:
Paint Peeling, windows don't roll up or down
trunk doesn't open, new struts need, smog repairs

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$2000.00    $_____

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**3.3.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**3.4.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**    None
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☑ No
☐ Yes

**4.1.** Make: _____
Model: _____
Year: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: _____
Model: _____
Year: _____
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................➔ $_____

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☐ Yes. Describe......... plate, silverware, pans, glasses, sofa
Chairs, wood table 30 plus years, sofa too    $ 500

**7. Electronics** (Broken) Washer-Dryer, ............ everything 30 yrs plus

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

not working

☐ No
☐ Yes. Describe......... TV, dvd, computer 15 yrs, printer 5 yrs,
old clock    $ 200

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☐ Yes. Describe......... None
book (not collectable) work, 5 boxes    $ 20⁰⁰

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☐ Yes. Describe......... 1 bike 10 yrs (flat tires)
tennis racket    $ 10⁰⁰

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☐ Yes. Describe.........    $ _____

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe......... work clothes
jeans, tops, sweaters, coats    $ 300

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☐ Yes. Describe......... Lost my wedding ring 30 yrs ago in
move (I'm a widow), costume earrings
watch;    $ 0

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe......... No pets    $ 0

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☐ Yes. Give specific information............... glider - I exercise on $10⁰⁰ used    $ 10⁰⁰

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................➔    $ 1040

 
## Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes.................................................................................................................................... Cash: .................... $0

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes...................... Institution name:

|  |  |  |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................. Institution or issuer name:

|  |  |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them. ..................

| Name of entity: | % of ownership: |  |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific
information about
them. .....................

| Issuer name: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

21. Retirement or pension accounts

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes. List each
account separately..

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No

☐ Yes.....................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $_____ |
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes.....................

| Issuer name and description: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____   $_____

_____   $_____

_____   $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☐ Yes. Give specific
information about them. .. | _____ |   $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific
information about them. .. | _____ |   $_____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☒ Yes. Give specific
information about them. .. | Real Estate Lic. |   $ ∅

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ...................... | | Federal:   $_____
| | | State:   $_____
| | | Local:   $_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information. ............. | | Alimony:   $_____
| | | Maintenance:   $_____
| | | Support:   $_____
| | | Divorce settlement:   $_____
| | | Property settlement:   $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information. ............. | _____ |   $_____

Filed 03/21/16   Doc 22

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information. ............

$_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim. ....................

$_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ....................

$_____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information. ............

$_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................... →   $ 3040

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe.......

$_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes. Describe.......

$_____

Case 16-21399   Filed 03/21/16   Doc 22

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☒ Yes. Describe....... Car, computer, printer, books, paper, pencils, $_____
signs, phone

**41. Inventory**

☐ No

☐ Yes. Describe...... $_____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe.......  Name of entity:                       % of ownership:

_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe......... $_____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
information .........   _____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____
_____   $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** .................................................................... →   $ 3040

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☒ No

☐ Yes........................   _____   $_____

**48. Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information............ | $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes........................... | $_____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes........................... | $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information............ | $_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................................ ➔ | $_____

---

## Part 7:　Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information............ | $_____
　　　　　　　　　　　　　　　　　　　　　　　　　$_____
　　　　　　　　　　　　　　　　　　　　　　　　　$_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ................................ ➔ | $_____

---

## Part 8:　List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.** Part 1: Total real estate, line 2 ................................ ➔ | | $_____ |
| **56.** Part 2: Total vehicles, line 5 | $_____ | |
| **57.** Part 3: Total personal and household items, line 15 | $_____ | |
| **58.** Part 4: Total financial assets, line 36 | $_____ | |
| **59.** Part 5: Total business-related property, line 45 | $_____ | |
| **60.** Part 6: Total farm- and fishing-related property, line 52 | $_____ | |
| **61.** Part 7: Total other property not listed, line 54 | + $_____ | |
| **62.** Total personal property. Add lines 56 through 61. .................. | $_____ | Copy personal property total ➔ + $_____ |
| **63.** Total of all property on Schedule A/B. Add line 55 + line 62 ................................ | | $3040 — |

**Fill in this information to identify your case:**

Debtor 1 *Rita          A.          Schroeder*
         First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: *Eastern* District of *Calif.*
                                                            (State)

Case number *16-21399-A-13J*
(if known)

☐ Check if this is an
    amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: *2000 VTS430*<br>Line from *Schedule A/B:* ___ | $*2,000* | ☐ $_____<br>☒ 100% of fair market value, up to any applicable statutory limit | *CCP 703.140 b5* |
| Brief description: *Household Goods*<br>Line from *Schedule A/B:* *Furnishings* | *500* | ☐ $_____<br>☒ 100% of fair market value, up to any applicable statutory limit | *CCP 703.140 b5* |
| Brief description: *Electronics*<br>Line from *Schedule A/B:* *Collectables* | $*200*<br>*20* | ☐ $_____<br>☒ 100% of fair market value, up to any applicable statutory limit | *CCP 703.140 b5* |

3. **Are you claiming a homestead exemption of more than $165,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes



| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Sports-tennis Racket<br>**Line from Schedule A/B:** | $ 10 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CCP 703.140 b 5 |
| **Brief description:** Clothes<br>**Line from Schedule A/B:** | $ 300 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CCP 703.140 b 5 |
| **Brief description:** Exercise Glider<br>**Line from Schedule A/B:** | $ 10 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | CCP 703.140 b 5 |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| **Brief description:** _____<br>**Line from Schedule A/B:** | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

Debtor 1   Rita A. Schroeder
_First Name_   _Middle Name_   _Last Name_

Debtor 2
(Spouse, if filing)   _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Eastern   District of Calif.
_(State)_

Case number   16-21399-A-13J
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☒ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Caliber
_Creditor's Name_

PO Box 24610
_Number_   _Street_

Oklahoma City OK
_City_   _State_   _ZIP Code_
73124-0610

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

6332 Puerto Drive
Sloughhouse, CA. 95683

$421,796.19   $200,000   $221,796.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

_Creditor's Name_

_Number_   _Street_

_City_   _State_   _ZIP Code_

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____   $_____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Official Form 106D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of ___

Debtor 1  Rita A.  Schroeder

First Name    Middle Name    Last Name

Case number *(if known)* 16-21399-A-13J

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion if any |
|---|---|---|---|

---

**Creditor's Name**

Number        Street

City                State    ZIP Code

**Who owes the debt? Check one.**

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Creditor's Name**

Number        Street

City                State    ZIP Code

**Who owes the debt? Check one.**

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Creditor's Name**

Number        Street

City                State    ZIP Code

**Who owes the debt? Check one.**

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $_____

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    $_____

Debtor 1 __Rita A. Schroeder__
   First Name   Middle Name   Last Name

Case number *(if known)* __16-21399-A-13J__

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

|  |  |
|---|---|
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |
| Name | On which line in Part 1 did you enter the creditor? _____ |
|  | Last 4 digits of account number ___ ___ ___ ___ |
| Number   Street |  |
| City   State   ZIP Code |  |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Rita A. Schroeder |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Eastern    District of    CA, |
| | (State) |
| Case number | 16-21399-A-13J |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

☒ No. Go to Part 2.

☐ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     |     | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| _____ | Last 4 digits of account number  __ __ __ __     $_____  $_____  $_____ |
| Priority Creditor's Name | |
| | When was the debt incurred?  _____ |
| _____  _____ | |
| Number        Street | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
| | ☐ Unliquidated |
| City        State    ZIP Code | ☐ Disputed |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | Type of PRIORITY unsecured claim: |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | |
| Is the claim subject to offset? | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

**2.2**

| | |
|---|---|
| _____ | Last 4 digits of account number  __ __ __ __     $_____  $_____  $_____ |
| Priority Creditor's Name | |
| | When was the debt incurred?  _____ |
| _____  _____ | |
| Number        Street | As of the date you file, the claim is: Check all that apply. |
| _____ | ☐ Contingent |
| | ☐ Unliquidated |
| City        State    ZIP Code | ☐ Disputed |
| Who incurred the debt? Check one. | |
| ☐ Debtor 1 only | Type of PRIORITY unsecured claim: |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | |
| Is the claim subject to offset? | ☐ Other. Specify _____ |
| ☐ No | |
| ☐ Yes | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page | | | |
|---|---|---|---|---|
| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |

_____
**Priority Creditor's Name**

_____
**Number      Street**

_____

_____
**City                State      ZIP Code**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

_____
**Priority Creditor's Name**

_____
**Number      Street**

_____

_____
**City                State      ZIP Code**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

_____
**Priority Creditor's Name**

_____
**Number      Street**

_____

_____
**City                State      ZIP Code**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

Total claim

**4.1**

Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.2**

Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**4.3**

Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

Nonpriority Creditor's Name

Number        Street

City                          State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number        Street

City                          State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number        Street

City                          State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number        Street

_____

_____
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

|  |  | Total claim |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ None |
| 6b. Taxes and certain other debts you owe the government | 6b. | $_____ |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $_____ |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $_____ |
| 6e. Total. Add lines 6a through 6d. | 6e. | $_____ |

**Total claims from Part 2**

|  |  | Total claim |
|---|---|---|
| 6f. Student loans | 6f. | $ None |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $_____ |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $_____ |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $_____ |
| 6j. Total. Add lines 6f through 6i. | 6j. | $_____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor | **#1·Rita A. Schroeder** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if filing) First Name | Middle Name    Last Name |
| United States Bankruptcy Court for the: | **Eastern** District of **CA** (State) |
| Case number (if known) | **16-21399-A-13J** |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☒ **No**. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes**. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| **2.1** | Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.2** | Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.3** | Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.4** | Name <br><br> Number    Street <br><br> City    State    ZIP Code | |
| **2.5** | Name <br><br> Number    Street <br><br> City    State    ZIP Code | |

Debtor 1 _Rita A. Schroeder_
First Name   Middle Name   Last Name

Case number (if known) _16-21399-A-13J_

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**2._**

Name

Number        Street

City                    State      ZIP Code

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Rita _First Name_     A. _Middle Name_     Schroeder _Last Name_ | |
| Debtor 2 (Spouse, if filing) _First Name_     _Middle Name_     _Last Name_ | | |

United States Bankruptcy Court for the: Eastern District of Calif. _(State)_

Case number (if known) 16-21399-A-13J

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number     Street

   _____
   City     State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.___**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

Fill in this information to identify your case:

Debtor 1 **Rita A. Schroeder**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **Eastern** District of **Calif.**
(State)

Case number **16-21399-A-13J**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Retired | |
| **Employer's name** | | | |
| **Employer's address** | | Number  Street | Number  Street |
| | | City  State  ZIP Code | City  State  ZIP Code |
| **How long employed there?** | | | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $_____ | $_____ |
| 3. | Estimate and list monthly overtime pay. | + $_____ | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | $_____ | $_____ |

Debtor 1  Rita A. Schroeder    Case number (if known) 16-21399-A-13J

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ..................................................... ➔ 4. | $_____ | $_____ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $_____ | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. Insurance | 5e. | $_____ | $_____ |
| 5f. Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. Union dues | 5g. | $ 0 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $_____ | + $_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $_____    $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7.  $_____    $_____

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $_____ | $_____ |
| 8b. Interest and dividends | 8b. | $_____ | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. Social Security | 8e. | $_____ | $_____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $_____ | $_____ |
| 8g. Pension or retirement income | 8g. | $ 1809 01 | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $_____ | + $_____ |

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $_____    $_____

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 1809 01  +  $_____  =  $ 1809 01

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11. + $_____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12.  $ 1809 01

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    **Rita        A.        Schroeder**
            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Eastern** District of **Calif.**
                                                              (State)

Case number **16-21399-A-13J**
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:
    _____
    MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**        ☑ No

Do not list Debtor 1 and       ☐ Yes. Fill out this information for
Debtor 2.                              each dependent..........................

Do not state the dependents'
names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
☐ No
☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and
   any rent for the ground or lot.                                                    4.    $_____

   If not included in line 4:

   4a.   Real estate taxes                                                            4a.   $_____

   4b.   Property, homeowner's, or renter's insurance                                 4b.   $_____

   4c.   Home maintenance, repair, and upkeep expenses                                4c.   $_____

   4d.   Homeowner's association or condominium dues                                  4d.   $_____

Official Form 106J                        **Schedule J: Your Expenses**                         page 1

Debtor 1  Rita   A.   Schroeder          Case number (if known) 16-21399-A-13J

First Name   Middle Name   Last Name

|  |  | Your expenses |
|---|---|---|

5. Additional mortgage payments for your residence, such as home equity loans   5.   $_____

6. Utilities:

6a.   Electricity, heat, natural gas   6a.   $ 100

6b.   Water, sewer, garbage collection   6b.   $ 150

6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $ 556

6d.   Other. Specify: _____   6d.   $_____

7. Food and housekeeping supplies   7.   $ 300

8. Childcare and children's education costs   8.   $ 0

9. Clothing, laundry, and dry cleaning   9.   $_____

10. Personal care products and services   10.   $ 150

11. Medical and dental expenses   11.   $ 100

12. Transportation. Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $ 20

13. Entertainment, clubs, recreation, newspapers, magazines, and books   13.   $_____

14. Charitable contributions and religious donations   14.   $_____

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.   Life insurance   15a.   $ 0

15b.   Health insurance   15b.   $ 100

15c.   Vehicle insurance   15c.   $ 35

15d.   Other insurance. Specify:_____   15d.   $_____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $ 100

17. Installment or lease payments:

17a.   Car payments for Vehicle 1   17a.   $ 0

17b.   Car payments for Vehicle 2   17b.   $_____

17c.   Other. Specify: Repairs   17c.   $ 50

17d.   Other. Specify:_____   17d.   $_____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18.   $_____

19. Other payments you make to support others who do not live with you.
Specify:_____   19.   $_____

20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.

20a.   Mortgages on other property   20a.   $_____

20b.   Real estate taxes   20b.   $_____

20c.   Property, homeowner's, or renter's insurance   20c.   $_____

20d.   Maintenance, repair, and upkeep expenses   20d.   $_____

20e.   Homeowner's association or condominium dues   20e.   $_____

Debtor 1   Rita A. Schroeder
           First Name   Middle Name   Last Name

Case number (if known) 16-21399-A-13J

21.  **Other.** Specify: _____    21.  + $ _____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                     22a.  $ _____

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $ _____

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ 1809 01

23b. Copy your monthly expenses from line 22c above.            23b.  – $ 1709

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*                   23c.  $ 100 –

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☐ Yes.    Explain here:

Fill in this information to identify your case:

Debtor 1 _Rita A. Schroeder_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _Eastern_ District of _Calif._
(State)

Case number _16-21399-A-13J_
(If known)

☐ Check if this is an
amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................ $ 200,000

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................ $ 3040

   1c. Copy line 63, Total of all property on *Schedule A/B* ...................................... $ 203,040

### Part 2:  Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ $ 421,796

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................... $ 0

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................... + $ 0

   **Your total liabilities** $ 421,796

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ............................................ $ 1809

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...................................................... $ 1709

Debtor 1    *Rita A. Schroeder*
First Name    Middle Name    Last Name

Case number (if known) 16-21399-A-13J

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 1809

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ Ø |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ Ø |
| 9d. Student loans. (Copy line 6f.) | $ Ø |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ Ø |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ Ø |
| 9g. Total. Add lines 9a through 9f. | $ Ø |

---

**Fill in this information to identify your case:**

Debtor 1    Rita                    A.          Schroeder
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the:  Eastern            District of  Calif.
                                                                    (State)

Case number    16-21399-A-13J
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _R. Schroeder_____        ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date  03/20/2016                                  Date _____
      MM / DD / YYYY                                    MM / DD / YYYY